NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Michael Devereux (SBN 225240)
9440 Santa Monica Blvd, Suite 301
Beverly Hills, California 90210
Tel. (424) 600-8584

ATTORNEY(S) FOR:  ROBERT CLELAND

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CLELAND,<br><br>Plaintiff(s),<br><br>v.<br><br>COUNTY OF SAN BERNARDINO; et al<br><br>Defendant(s) | CASE NUMBER:<br><br>5:26-cv-01347-JGB-SP<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:      THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for          ROBERT CLELAND
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| COUNTY OF SAN BERNARDINO | Defendant |
| SAN BERNARDINO SHERIFF'S DEPT | Defendant |
| SHERIFF SHANNON DICUS | Defendant |
| DETECTIVE J. GREGORY | Defendant |
| DEPUTY L. STOUT | Defendant |

| | |
|---|---|
| March 26, 2026 | /s/ Michael Devereux |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Michael Devereux

CV-30 (05/13)                                  **NOTICE OF INTERESTED PARTIES**