JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 26-1347 JGB (SPx)** | Date | June 2, 2026 |
| Title | ***Robert Cleland v. County of San Bernardino, et al.*** | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**    **Order DISMISSING Plaintiff's First Amended Complaint (Dkt. No. 9) (IN CHAMBERS)**

On March 22, 2026, Plaintiff Robert Cleland filed a complaint against the County of San Bernardino; the San Bernardino Sheriff's Department; J. Gregory; L. Stout; Shannon Dicus; and Does 1-10. ("Complaint," Dkt. No. 1.) Plaintiff's Complaint included a request to proceed in forma pauperis. (See Compl.) On March 26, 2026, Plaintiff filed a first amended complaint. ("FAC," Dkt. No. 9.) Plaintiff is represented by counsel.

On March 31, 2026, the Court found that Plaintiff had not submitted enough information for the Court to tell if he is able to pay the filing fees and noted that because Plaintiff is represented by counsel, he is not eligible to proceed in forma pauperis. ("IFP Order," Dkt. No. 13.) The Court ordered Plaintiff to pay the full filing fee within 30 days of the Court's order and warned Plaintiff that failure to do so would result in dismissal. (See Order.)

As of the date of this Order, Cleland has not paid the filing fee. Accordingly, the Court **DISMISSES** the FAC. The Clerk is directed to close the case.

**IT IS SO ORDERED.**