**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT CLELAND,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO; SAN BERNARDINO SHERIFF'S DEPARTMENT; SHERIFF SHANNON DICUS, IN HIS OFFICIAL CAPACITY; DETECTIVE J. GREGORY, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; DEPUTY L. STOUT, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; and DOES 1-10,<br><br>Defendants. | CASE NO: 5:26-cv-01347-JGB-SP<br><br>*Assigned for All Purposes to Hon. Jesus G. Bernal Ctrm 1*<br><br>*Magistrate Judge: Sheri Pym*<br><br>**[PROPOSED] ORDER GRANTING COUNTY DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>*Complaint Filed: March 22, 2026*<br>*FAC Filed: March 27, 2026*<br><br>*Trial Date: None Set* |

# [PROPOSED ORDER

Defendants COUNTY OF SAN BERNARDINO and the SAN BERNARDINO SHERIFF's DEPARTMENT ("County Defendants" and/or "Defendants") Motion to Dismiss Plaintiff ROBERT CLELAND's ("Plaintiff") First Amended Complaint ("FAC") came on for hearing before this Court on November 24, 2026. Based on the submitted record, argument of the parties and counsel, and good cause appearing therefore, the Court rules as follows:

Defendants' Motion is GRANTED.

The Court hereby orders the following be dismissed and/or stricken from Plaintiff's Complaint:

1. Plaintiff's First Claim for Relief for Unlawful Seizure (42 U.S.C. § 1983) against Defendants is dismissed for failure to state a claim upon which relief may be granted.

2. Plaintiff's Second Claim for Relief for Excessive Force (42 U.S.C. § 1983) against Defendants is dismissed for failure to state a claim upon which relief may be granted.

3. Plaintiff's Third Claim for Relief for Fabrication of Evidence/Due Process (42 U.S.C. § 1983) against Defendants is dismissed for failure to state a claim upon which relief may be granted.

4. Plaintiff's Fourth Claim for Relief for Malicious Prosecution (42 U.S.C. § 1983) against Defendants is dismissed for failure to state a claim upon which relief may be granted.

5. Plaintiff's Fifth Claim for Relief for *Monell* – Unconstitutional Custom Policy, or Practice, Failure to Train, and Ratification (42 U.S.C. § 1983) against the County of San Bernardino Defendants is dismissed for failure to state a claim upon which relief may be granted.

6. Plaintiff's Sixth Claim for Violation of the Bane Act (Cal. Civil. Code Section 52.1) against Defendants is dismissed for failure to state a claim upon which

relief may be granted.

7. Plaintiff's Seventh Claim for Relief for False Imprisonment against Defendants is dismissed for failure to state a claim upon which relief may be granted.

8. Plaintiff's Eighth Claim for Relief for Assault and Battery against Defendants is dismissed for failure to state a claim upon which relief may be granted.

9. Plaintiff's Ninth Claim for Relief for Intentional Infliction of Emotional Distress against Defendants is dismissed for failure to state a claim upon which relief may be granted.

10. Plaintiff's Request for Injunctive Relief is stricken for failure to establish a "real and immediate threat" of injury to Plaintiff.

11. Plaintiff's Section 1983 Claims for Relief against the San Bernardino Sheriff's Department are dismissed for failure to state a claim upon which relief may be granted because the Sheriff's Department is not a "person" subject to suit under 42 U.S.C. Section 1983.

12. Plaintiff's State Law Claims for Relief against the San Bernardino Sheriff's Department are dismissed for failure to state a claim upon which relief may be granted because the Police Department is not a separate suable public entity subject to suit under California Law.

**IT IS SO ORDERED.**

DATED:

**HON. JESUS G. BERNAL**
United States District Court Judge